FILED
2022 Dec-15  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A



# SERVICE AGREEMENT

This Service Agreement ("Agreement") is made this 2nd day of November 2020 (the "Effective Date"), by and between City Storage Systems ("Customer"), a LLC corporation whose business address is located at 810 N. Vallejo St., Denver CO 80204 and Diversified Maintenance, LLC ("Contractor"), a Delaware Corporation whose business address is at 331 1st Ave. N, Birmingham, AL 35204. The parties agree as follows:

**1. Scope of Work.** Contractor shall provide Product (defined below) equipment, tools, and labor to perform the Services set forth in Exhibit A, which is attached hereto an incorporated by reference as if fully set forth herein. Services may also be set forth in a stand-alone Exhibit or Scope of Work or included within a purchase order issued to the Contractor after the Effective Date, each of which shall be considered an Exhibit under this Agreement. Contractor agrees to provide the services as described herein at the location(s) set forth on Exhibit A-1 in consideration for compensation as described in this Agreement and attached at Exhibit B.

All goods provided by Contractor, that are (i) manufactured goods through the regular business of Contractor or a third party; or (ii) custom created, developed and manufactured or otherwise produced for Customer that are purchased under this Agreement shall be considered product (hereinafter "Products"). Contractor shall bill all product purchases to Customer at cost with no mark-up. Any Product to be purchased shall be specified in an Exhibit.

**2. Additional Services and Products.** For additional Services or Products including the addition of locations not included in Exhibit A-1 ("Additional Services and Products"), Customer shall issue to Contractor a separate Exhibit to be numbered consecutively (e.g., Exhibit A-2, A-3, A-4, etc.) and to be in a form substantially similar to Exhibit A-1 ("Exhibit(s)"). Additional Services and Products may also be set forth in a stand-alone Exhibit/Scope of Work document or included within a purchase order issued to the Contractor after the Effective Date, each of which shall be considered an Exhibit under this Agreement. Exhibits shall be incorporated into this Agreement by reference as if fully set forth herein.

**3. Term/Termination.** The Term of this Agreement shall be three (3) years beginning on the Effective Date ("Term"). Either party may terminate this Agreement or propose modifications to this Agreement by providing the other party written notice no less than sixty (60) days prior to the expiration of the Term. In the event a party fails to perform its material obligations in accordance with the terms of this Agreement, following receipt of written notice from the other party, the defaulting party shall have fifteen (15) days to cure such unsatisfactory performance. Such written notice shall detail each alleged default. If the default is not remedied by the conclusion of this fifteen (15) day period, the non-defaulting party may terminate this Agreement immediately via written notice. This Agreement may be extended for one (1) additional one (1) year term upon mutual written agreement of both parties. This Agreement supersedes any existing agreement between the parties for the same services.



Upon termination of this Agreement, Contractor shall invoice Customer for fees and expenses related to the Services completed in accordance with the terms of this Agreement within thirty (30) days of effective date of termination. Customer shall pay such invoices in accordance with Section 5 of this Agreement.

**4. Non-curable Default.** Either party may elect to terminate this Agreement immediately for just cause upon delivery of written notice to the other in the event that the other: (i) becomes unable or fails to pay its debts (including any amount owed hereunder) as they become due; (ii) files or has filed against it any petition seeking relief under any bankruptcy, reorganization, liquidation or similar law;(iii) makes a general assignment for the benefit of its creditors or (iv) fails to perform as indicated in this Agreement. In any such case, such termination shall be effective on the termination date specified in such notice.

**5. Payment Terms**. All labor and materials necessary for Contractor to perform the services listed on Exhibit A shall be provided at the rates set forth on Exhibit B which is attached hereto an incorporated by reference as if fully set forth herein. Customer agrees to pay Contractor the invoiced amounts within thirty (30) days of the date of the invoice. If payment is not received within thirty (30) days of the date of the invoice, Contractor may, in its sole discretion, suspend services until payment is made. Acceptance of any payment made by Customer shall not preclude Contractor from verifying the accuracy of Customer's computation or recovering any additional payment actually due from Customer.

Contractor's charges are based on the Federal Minimum Wage and Hour Law and prevailing rates for payroll taxes, insurance, and supplies. In the event of any changes in the above, or other new Federal or State laws or regulations such as those concerning mandated healthcare coverage for our workers servicing your facility(s), it is agreed that the parties herein will negotiate a mutually agreeable adjustment in the contract price. Any adjustment during the term of this Agreement will be in writing in the form of an amendment to this Agreement and executed as a part thereof. Additionally, on each anniversary of the commencement of services hereunder, the Contract Amount shall be adjusted by the percentage change in the Consumer Price Index, U.S. city average, all items for all urban consumers, as then most recently published for the then previous twelve-month period.

**6. Taxes.** Customer shall pay any federal, state and local sales or use tax for materials and labor imposed on the delivery of Services, except for taxes based on Contractor's income.

**7. Confidentiality.** A party hereto may disclose or make available ("Disclosing Party") to the other party ("Receiving Party"), whether orally or in tangible form, confidential or proprietary information concerning the Disclosing Party or its business, products or services, including the terms and conditions of this Agreement (collectively, "Confidential Information"). Each party agrees that during the term of this Agreement and thereafter (i) it will use Confidential Information belonging to the Disclosing Party solely for the purpose(s) of this Agreement, and (ii) it will take all reasonable precautions to ensure that it does not disclose Confidential Information belonging to the Disclosing Party to any third party (other than the Receiving Party's



employees or professional advisors on a need-to-know basis who are bound by obligations of nondisclosure and limited use at least as stringent as those contained herein) without first obtaining the Disclosing Party's prior written consent. The Receiving Party is responsible for any breach of the confidentiality provisions of this Agreement by its employees or professional advisors. Upon request by the Disclosing Party, the Receiving Party shall return all copies of any Confidential Information to the Disclosing Party. For Confidential Information that does not constitute "trade secrets" under applicable law, these confidentiality obligations shall expire two (2) years after the termination or expiration of this Agreement.

For purposes hereof, Confidential Information shall not include any information that the Receiving Party can establish by convincing written evidence (i) was independently developed by the Receiving Party without use of or reference to any Confidential Information belonging to the Disclosing Party; (ii) was acquired by the Receiving Party from a third party having the legal right to furnish same to the Receiving Party; or (iii) was at the time in question, whether at disclosure or thereafter, generally known by or available to the public through no fault of the Receiving Party. All work product resulting from work performed by or through Contractor shall be deemed to be Customer Confidential Information.

These confidentiality obligations will not restrict any disclosure required by order of a court or any governmental agency, provided that the Receiving Party (i) gives prompt notice to the Disclosing Party of any such order prior to disclosure such that the Disclosing Party can seek protection from disclosure, (ii) makes diligent efforts to limit disclosure, and (iii) reasonably cooperates with the Disclosing Party at the Disclosing Party's request and expense to resist such order or to obtain a protective order.

**8. Assignment.** Neither Customer nor Contractor may assign or transfer their interest in this Agreement without the written consent of the other, which consent shall not be unreasonably withheld or delayed.

**9. Indemnification.** Customer shall reimburse Contractor for fines imposed by any federal or state governmental authority arising out of the failure to conform to any applicable federal or state law, rule or regulation regarding Customer's premises and Customer's supply of any chemicals to be used at the locations ("Reimbursement"). Contractor shall indemnify, defend and hold harmless Customer, its officers, directors, employees, agents, subsidiaries and other affiliates from and against any and all claims, damages, liabilities, and expenses of any third-party claim caused by a negligent act or omission of Contractor or Contractor's agents or employees with respect to the performance of its obligations under this Agreement. Contractor is not obligated to indemnify, defend and hold Customer harmless from and against any and all claims, losses, liability, damages, fines, sanctions and expenses, including reasonable attorney's fees by third parties where there is independent negligence on the part of Customer, its employees, or its agents. Customer will provide Company with prompt notice of any claims that are subject to indemnification, which in no case will be more than twenty (20) days of Customer receiving notice of such claims. Unreasonable delay in providing notice, causing prejudice to Contractor, voids Contractor's duty to indemnify. Customer shall promptly provide Contractor



with all information, records, statements, photographs, videos, or other documents reasonably necessary to defend Customer on any claims.

**10. Limitation of Liability.** EXCEPT AS OTHERWISE PROVIDED HEREIN, IN NO CIRCUMSTANCES SHALL EITHER PARTY BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL OR PUNITIVE DAMAGES ARISING FROM OR CONNECTED WITH THIS AGREEMENT OR ANY ORDER FOR SERVICES ARISING HEREUNDER, WHETHER OR NOT SUCH DAMAGES ARE FORESEEABLE AND WHETHER OR NOT THE PARTIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS OR REVENUE, ATTORNEYS FEES, DAMAGE TO BUSINESS OR BUSINESS RELATIONS AND DAMAGES FOR ECONOMIC LOSSES OR PROPERTY DAMAGE ARISING FROM, CONNECTED WITH OR RELATING TO THE PARTIES' ACTS OR OMISSIONS, WHETHER UNDER NEGLIGENCE, STRICT LIABILITY, ENTERPRISE LIABILITY OR OTHER PRODUCT LIABILITY THEORIES.

**11. Independent Contractor.** The status of Contractor shall be that of independent contractor. Neither Contractor nor Staff shall be deemed employees, agents, or contractors of Customer. None of the terms set forth in this Agreement will be construed as creating a partnership, joint venture, agency, master-servant, employment, trust, or any other relationship between Customer and Contractor or Staff. Contractor is solely responsible for paying any and all salaries, fees, benefits, taxes (including, without limitation, social security and income), and any other applicable statutory deductions required by law pertaining to Staff.

**12. Notices.** Except for notices to terminate an Exhibit which shall be by fax or email, all notices permitted or required to be given under this Agreement will be deemed sufficient if given by first class United States mail, postage prepaid and return receipt requested or by a nationally recognized courier service, and addressed as shown below.

If to Customer:
[insert address]

Attn: [insert contact]

If to Contractor:

Diversified Maintenance, LLC
331 1st Ave. N.
Birmingham, AL 35204
Attn: Keith McAlpin, COO

**13. Changes and Modifications.** The terms and conditions of this Agreement and Exhibits hereto may not be amended, waived, or modified, except in a writing signed by both parties.



**14. Force Majeure.** Neither party shall be liable for any default or delay in the performance of its obligations under this Agreement if and to the extent such default or delay is caused, directly or indirectly, by fire, flood, elements of nature or other acts of God, any outbreak or escalation of hostilities, war, riots or civil disorders, utility or telecommunications failures or fluctuations, hostile network or malware attack or any other cause, similar to those referenced above, beyond the commercially reasonable control of such party.

**15. Governing Law.** This Agreement shall be governed by and construed in accordance with the laws of the State of Alabama, without regard to conflict of laws principles. Each party agrees that the exclusive venue and proper forum in which to adjudicate any case or controversy arising, directly or indirectly, under or in connection with this Agreement shall be the U.S. District Court for the Northern District of Alabama.

**16. Attorneys Fees and Jury Trial.** With respect to any litigation arising out of this Agreement, the parties expressly waive any right they may have to a jury trial and agree that any such litigation shall be tried by a judge without a jury. In any action between the parties to enforce any of the terms of this Agreement, the prevailing party shall be entitled to recover expenses, including reasonable attorneys' fees.

**17. Miscellaneous.** This Agreement shall be binding upon the parties, their representatives, successors, administrators and assigns. This Agreement constitutes and contains the entire agreement between the parties with respect to the subject matter herein, supersedes all prior written or oral understandings and agreements relating thereto, and may not be changed, modified, amended or supplemented, except on written consent of both parties. Failure to insist upon compliance with any of the terms, covenants, or conditions of this Agreement shall not be deemed a waiver of such terms, covenants or conditions, nor shall any waiver or relinquishment of any right or power under this Agreement at any one time or times be deemed a waiver or relinquishment of such rights or power at any other time or times. This Agreement may be executed in counterparts, each of which shall be deemed an original, and which collectively will be deemed one document. All terms and conditions of this Agreement that would, by their nature, survive the expiration or termination of this Agreement, shall so survive.

The Customer agrees that during the Term of this Agreement, and for a period of six (6) months following the termination of the Agreement, not to employ and current or former Contractor employee who rendered services in accordance with the terms of this Agreement, to perform service work similar to the type performed by the employee for the Customer.

**18. Exhibits.** The following exhibits are attached to and made a part of this Agreement.

- Exhibit A    Scope of Work
- Exhibit A-1 Service Location and Detail
- Exhibit B    Cost of Service



[SIGNATURES APPEAR ON FOLLOWING PAGE]



**IN WITNESS WHEREOF,** the authorized representatives of the parties hereby agree to these terms as of the Effective Date and as evidenced by their signatures below:

| **Diversified Maintenance, LLC** | **City Storage Systems, LLC** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Title: PRESIDENT | Title: <u>Property Manager</u> |
| Date: 11/3/20 | Date: November 2, 2020 |



# Exhibit A

## Scope of Work

### SCOPE OF WORK

**Service Areas**

| Item | Details | Frequency |
|---|---|---|
| Commercial Kitchen | Walk-in's and Hallways | 7 x/week |
| Warehouse | Processing Center | 7 x/week |
| Restroom | 1 Mens ,1 Womens (Employee Lounge), 1 Mens,1 Womens (Office area), 1 Restroom (single use) | 7 x/week |
| Exterior Areas | Interior Loading Dock & Drivers Area | 7 x/week |

**Commercial Kitchen**

| Item | Details | Frequency |
|---|---|---|
| Walk-In Cooler | Daily -<br>1. Thoroughly sweep, corner to corner<br>2. Corner to corner mopping the floors<br>6x weekly -<br>1. Clean and sanitize heavy touch points on doors and light switches<br>1x weekly -<br>1. Spot cleaning a particulate matter on available walls<br>2. Cleaning of available baseboards. | 7 x/week |
| Walk-In Freezer | Daily -<br>1. Thoroughly sweep, corner to corner<br>2. Corner to corner mopping the floors<br>6x weekly -<br>1. Clean and sanitize heavy touch points on doors and light switches<br>1x weekly -<br>1. Spot cleaning a particulate matter on available walls<br>2. Cleaning of available baseboards. | 7 x/week |
| Mop Floors | Thoroughly sweep and mop all hallway | 7 x/week |
| Floor sinks | Scrub and disinfect Floors sinks located in hallways (2) | 7 x/week |

| Item | Details | Frequency |
|---|---|---|
|  | Hallways - daily<br>1. Thoroughly sweet or backpack vacuum<br>2. Corner to corner mopping the floors<br>3. Clean and sanitize heavy touch points on doors and light switches.<br>Hallways - weekly<br>1. Spot cleaning a particulate matter on available walls<br>2. Cleaning of available baseboards. | 7 x/week |

Page 8 of 17



### Warehouse

| Item | Details | Frequency |
|---|---|---|
| Compost | Remove compost from processing center and place in proper dumpster/Bin, rinse when necessary, install new liner | 7 x/week |
| Recycling | Remove recycling from processing center, and place in proper dumpster/Bin, rinse when necessary, install new liner | 7 x/week |
| Trash cans | Remove Landfill from processing center trash and place in proper dumpster/Bin, rinse when necessary, install new liner | 7 x/week |
| Custom Object 1 | Processing Center - Daily<br>• Clean and sanitize heavy touch points on doors and light switches<br>• Sanitize phone keypads and phone receivers were present<br>• Dust & wipe down all available horizontal surfaces (desks, tables etc.,)<br>Processing Center - 1x week<br>• Clean baseboards<br>Dry Storage / Virtual Kitchen - 7x/week<br>• Sweep and mop floors | 7 x/week |
| Mop Floors | Thoroughly sweep or backpack vacuum followed by corner to corner mopping of all available floors | 7 x/week |
| Lobby | Drivers Area -<br>7x/week<br>• Sweep and Mop Floors<br>• Disinfect heavy touch points<br>• Clean door windows<br>1x/week<br>• Clean Drivers Area frontage windows inside and outside | 7 x/week |
| Staff Area | Break Room -<br>Clean all counter tops, sink, counter top appliances, and tables | 7 x/week |



## Restrooms

| Item | Details | Frequency |
|---|---|---|
| Ceiling Vents | Vacuum vents and wipe down framing | 1 x/month |
| Consumables | Restock toilet paper, hand soap, paper towels, and toilet seat covers | 7 x/week |
| Dispensers | Wipe down and restock | 7 x/week |
| Walls, Doors, and Partitions | Spot clean | 7 x/week |
| Damp Mop | Use paddle mop & appropriate solvent on hard surface floors | 7 x/week |
| Trash | Dispose and re-line | 7 x/week |
| Floors | Sweep and mop | 7 x/week |
| Mirrors | Use glass clean to wipe free from spots and streaks | 7 x/week |
| Urinals | Clean and disinfect bowl, handle and exterior | 7 x/week |
| Toilets | Disinfect bowl, exterior, and base | 7 x/week |
| Sinks and Counter | Wipe down and disinfect | 7 x/week |

## Exterior Areas

| Item | Details | Frequency |
|---|---|---|
| Front Entrance | Drivers Area - <br> 7x/week <br> • Sweep and Mop Floors <br> • Disinfect heavy touch points <br> • Clean door windows <br> 1x/week <br> • Clean Drivers Area frontage windows inside and outside | 7 x/week |
| Custom Object 1 | • Thoroughly sweep all available floors in the interior loading / trash room <br> • Keep oil container exteriors wiped clean | 7 x/week |

| Service Days: | Sunday, Monday, Tuesday, Wednesday, Thursday, Friday, Saturday |
|---|---|
|  |  |
|  |  |



**\* Service Areas**

| Item | Details | Frequency |
| --- | --- | --- |
| Commercial Kitchen | Walk-in's and Hallways | 7 x/week |
| Warehouse | Processing Center | 7 x/week |
| Restroom | 1 Mens ,1 Womens (Employee Lounge), 1 Mens,1 Womens (Office area), 1 Restroom (single use) | 7 x/week |
| Exterior Areas | Interior Loading Dock & Drivers Area | 7 x/week |

**Commercial Kitchen**

| Item | Details | Frequency |
| --- | --- | --- |
| Walk-In Cooler | Daily - <br> 1. Thoroughly sweep, corner to corner <br> 2. Corner to corner mopping the floors <br> 6x weekly - <br> 1. Clean and sanitize heavy touch points on doors and light switches <br> 1x weekly - <br> 1. Spot cleaning a particulate matter on available walls <br> 2. Cleaning of available baseboards. | 7 x/week |
| Walk-In Freezer | Daily - <br> 1. Thoroughly sweep, corner to corner <br> 2. Corner to corner mopping the floors <br> 6x weekly - <br> 1. Clean and sanitize heavy touch points on doors and light switches <br> 1x weekly - <br> 1. Spot cleaning a particulate matter on available walls <br> 2. Cleaning of available baseboards. | 7 x/week |
| Mop Floors | Thoroughly sweep and mop all hallway | 7 x/week |
| Floor sinks | Scrub and disinfect Floors sinks located in hallways | 7 x/week |



| Item | Details | Frequency |
|---|---|---|
| Custom Object 1 | Hallways - daily<br>1. Thoroughly sweep or backpack vacuum<br>2. Corner to corner mopping the floors<br>3. Clean and sanitize heavy touch points on doors and light switches. Hallways - weekly<br>1. Spot cleaning a particulate matter on available walls<br>2. Cleaning of available baseboards. | 7 x/week |

### Exterior Areas

| Item | Details | Frequency |
|---|---|---|
| Front Entrance | Drivers Area -<br>7x/week<br>• Sweep and Mop Floors<br>• Disinfect heavy touch points<br>• Clean door windows<br>1x/week<br>• Clean Drivers Area frontage windows inside and outside | 7 x/week |
| Custom Object 1 | • Thoroughly sweep all available floors in the interior loading / trash room<br>• Keep oil container exteriors wiped clean | 7 x/week |

### Restroom

| Item | Details | Frequency |
|---|---|---|
| Ceiling Vents | Vacuum vents and wipe down framing | 1 x/month |
| Consumables | Restock toilet paper, hand soap, paper towels, and toilet seat covers | 7 x/week |
| Dispensers | Wipe down and restock | 7 x/week |
| Walls, Doors, and Partitions | Spot clean | 7 x/week |
| Damp Mop | Use paddle mop & appropriate solvent on hard surface floors | 7 x/week |
| Trash | Dispose and re-line | 7 x/week |
| Floors | Sweep and mop | 7 x/week |
| Mirrors | Use glass clean to wipe free from spots and streaks | 7 x/week |
| Urinals | Clean and disinfect bowl, handle and exterior | 7 x/week |
| Toilets | Disinfect bowl, exterior, and base | 7 x/week |
| Sinks and Counter | Wipe down and disinfect | 7 x/week |



### Warehouse

| Item | Details | Frequency |
|---|---|---|
| Compost | Remove compost from processing center and place in proper dumpster/Bin, rinse when necessary, install new liner | 7 x/week |
| Recycling | Remove recycling from processing center, and place in proper dumpster/Bin, rinse when necessary, install new liner | 7 x/week |
| Trash cans | Remove Landfill from processing center trash and place in proper dumpster/Bin, rinse when necessary, install new liner | 7 x/week |
| Custom Object 1 | Processing Center - Daily<br>• Clean and sanitize heavy touch points on doors and light switches<br>• Sanitize phone keypads and phone receivers were present<br>• Dust & wipe down all available horizontal surfaces (desks, tables etc..)<br>Processing Center - 1x week<br>• Clean baseboards<br>Dry Storage / Virtual Kitchen - 7x/week<br>• Sweep and mop floors | 7 x/week |
| Mop Floors | Thoroughly sweep or backpack vacuum followed by corner to corner mopping of all available floors | 7 x/week |
| Lobby | Drivers Area -<br>7x/week<br>• Sweep and Mop Floors<br>• Disinfect heavy touch points<br>• Clean door windows<br>1x/week<br>• Clean Drivers Area frontage windows inside and outside | 7 x/week |
| Staff Area | Break Room -<br>Clean all counter tops, sink, counter top appliances, and tables | 7x/week |

| Service Days: | Sunday, Monday, Tuesday, Wednesday, Thursday, Friday, Saturday |
|---|---|
| | |
| | |



\* Service Areas

| Item | Details | Frequency |
|---|---|---|
| Commercial Kitchen | Individual Kitchens - Per Kitchen (of 1 total Kitchens) | 7 x/week |

Commercial Kitchen

| Item | Details | Frequency |
|---|---|---|
| Hood | Degrease and polish interior and exterior visible surface areas (no flue) | 1 x/week |
| Hood Filters | Remove, clean and replace. Clean filter trough | 1 x/week |
| Hood Grease Traps | Empty, clean, and replace | 1 x/week |
| Hot Line Equipment | Clean floors under, & behind moveable pieces of equipment | 7 x/week |
| Mop Floors | Corner to corner mopping of all available floors | 7 x/week |
| Floor drains | Clean and clear floor sinks/drains | 7 x/week |
| Floor sinks | Scrub and disinfect | 7 x/week |
| Kitchen Mats | Shake off and roll up mats (leave standing or leaning, if possible) | 7 x/week |
| Baseboards | Wipe down | 7 x/week |
| Custom Object 1 | Thorough clean and sanitize floor sinks, catches and covers | 1 x/week |

| Service Days | Sunday, Monday, Tuesday, Wednesday, Thursday, Friday, Saturday |
|---|---|



\* Service Areas

| Item | Details | Frequency |
|---|---|---|
| Commercial Kitchen | Individual Kitchen Deep Clean - Per Kitchen | 1 x/month |

Commercial Kitchen

| Item | Details | Frequency |
|---|---|---|
| Grease trays & traps | Empty, degrease, and replace (foil where applicable) | 1 x/month |
| Flat Top (La Plancha) | Degrease and scrub with grill brick, dry, and coat with thin layer of oil (if present) | 1 x/month |
| Fryers | When empty, boil clean, wipe out interior, and clean door (inside and out) (if present) | 1 x/month |
| Grill | Scrub with grill brush, degrease, and replace (if present) | 1 x/month |
| Hood | Degrease and polish interior and exterior visible surface areas (no flue) | 1 x/month |
| Hood Filters | Remove, clean and replace. Clean filter trough | 1 x/month |
| Metal Wall Behind Hot Line | Wipe down | 1 x/month |
| Hood Grease Traps | Empty, clean, and replace | 1 x/month |
| Oven | Spray oven and grill cleaner, let sit, wipe down racks and interior (if present) | 1 x/month |
| Pasta Cooker | Boil out, drain, and wipe out (if present) | 1 x/month |
| Salamander | Degrease and re-foil | 1 x/month |
| Stock Pot Burner | Degrease burner and exterior (if present) | 1 x/month |
| Stove | Clean & Degrease burners, grates, & reline drip tray (if present) | 1 x/month |
| Hot Line Equipment | Clean sides, under, & behind moveable pieces | 1 x/month |
| Mop Floors | Detail wet mop on all hard surface flooring | 1 x/month |
| Floor sinks | Scrub and disinfect | 1 x/month |
| Kitchen Mats | Wet wash mats with degreaser and hot water in the wash stall | 1 x/month |

| Item | Details | Frequency |
|---|---|---|
| Baseboards | Thoroughly clean all available baseboards | 1 x/month |

Page 15 of 17



**Exhibit A-1**

<u>Service Location and Detail</u>

CSS – Cloud Kitchen Denver
810 Vallejo Street
Denver, CO 80204



**Exhibit B**

Cost of Service

|  | Monthly | Annual |
|---|---|---|
| Full Janitorial | $10,751.33 | $129,015.96 |
| Deep Clean | $161.15 | per kitchen per event |
| Carpet ExtracAon | $0.12 | per sqD |
| COVID-19 SanitaAon | $555.10 | per event |
| IniAal Cleaning | $763.34 | one Ame |
| For each kitchen less than 51, subtract | $106.17 | per month per 215 sqD kitchen |
| 51 kitchens minus 28 kitchens = 23 kitchens deleted | | |
| 23 kitchens X $106.17 = $2441.91 | | |
| New monthly price = | $8,309.42 | |

Page 17 of 17