# Exhibit B

**Diversified Maintenance, LLC**
331 First Avenue North
Birmingham, AL 35204
Phone (205) 251-9249
FEIN:  36-4780697

| INVOICE NO. | 457576 |
|---|---|
| DATE | 01/31/21 |

| CUSTOMER | SERVICE LOCATION |
|---|---|
| Kat Brennan   Use 810 N. Vallejo St as PO# | |
| City Storage Systems | City Storage Systems |
| 777 S Figueroa St. | 810 Vallejo Street |
| 41st Floor | Denver, CO 80204 |
| Los Angeles, CA 90017 | |

| TERMS: Net Due 30 Days | CUSTOMER NO. 39369 | JOB NO. 39369 | P.O. NO. Use 810 N. Vallejo St |
|---|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| January common area and 1 kitchen 2weeks - Requested By: May Brennan - Completed Date: 01/31/2021 | 1.00 | 1 | 5,442.83 | 5,442.83 |

Please remit payment to: Diversified Maintenance-RWS, LLC P.O. Box 745691 Atlanta, GA 30374-5691

| | |
|---|---|
| Sub-Total | 5,442.83 |
| Sales Tax | |
| TOTAL | $5,442.83 |

**Diversified Maintenance, LLC**
331 First Avenue North
Birmingham, AL 35204
Phone (205) 251-9249
FEIN:  36-4780697

| INVOICE NO. | 459073 |
|---|---|
| DATE | 02/28/21 |

| CUSTOMER | SERVICE LOCATION |
|---|---|
| Kat Brennan   Use 810 N. Vallejo St as PO# | |
| City Storage Systems | City Storage Systems |
| 777 S Figueroa St. | 810 Vallejo Street |
| 41st Floor | Denver, CO 80204 |
| Los Angeles, CA 90017 | |

| TERMS: Net Due 30 Days | CUSTOMER NO. 39369 | JOB NO. 39369 | P.O. NO. Use 810 N. Vallejo St |
|---|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| February services o kitchen - Requested By: Mat Brennan - Completed Date: 02/28/2021 | 1.00 | 1 | 5,336.67 | 5,336.67 |

Please remit payment to: Diversified Maintenance-RWS, LLC P.O. Box 745691 Atlanta, GA 30374-5691

| | |
|---|---|
| Sub-Total | 5,336.67 |
| Sales Tax | |
| TOTAL | $5,336.67 |

PAGE    1    OF    1



**Diversified Maintenance, LLC**
331 First Avenue North
Birmingham, AL 35204
Phone (205) 251-9249
FEIN:  36-4780697

| INVOICE NO. | 461549 |
|---|---|
| DATE | 03/31/21 |

| CUSTOMER | SERVICE LOCATION |
|---|---|
| Email Inv: APInvoices@csscompany.com<br>City Storage Systems<br>777 S Figueroa St.<br>41st Floor<br>Los Angeles, CA 90017 | City Storage Systems<br>810 Vallejo Street<br>Denver, CO 80204 |

| TERMS:<br>Net Due 30 Days | CUSTOMER NO.<br>39369 | P.O. NO.<br>810 N. Vallejo St |
|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| Monthly service 2 kitchens open - Requested By: Kat Brennan - Completed Date: 03/31/2021 | 1.00 | 1 | 5,549.00 | 5,549.00 |
| | | | Sub-Total | 5,549.00 |
| | | | Sales Tax | |
| | | | TOTAL | $5,549.00 |

▼ TO ENSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**
Email Inv: APInvoices@csscompany.com
City Storage Systems
777 S Figueroa St.
41st Floor
Los Angeles, CA 90017

| Customer No. | 39369 |
|---|---|
| Job No. | 39369 |
| Invoice No. | 461549 |
| Invoice Date | 03/31/21 |
| Amount Due | $5,549.00 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

Diversified Maintenance-RWS, LLC
P.O. Box 745691
Atlanta, GA 30374-5691

PAGE  1  OF  1



Diversified Maintenance, LLC
331 First Avenue North
Birmingham, AL 35204
Phone (205) 251-9249
FEIN: 36-4780697

| INVOICE NO. | 464250 |
|---|---|
| DATE | 05/01/21 |

**CUSTOMER**

Email Inv: APInvoices@csscompany.com
City Storage Systems
777 S Figueroa St.
41st Floor
Los Angeles, CA 90017

**SERVICE LOCATION**

City Storage Systems
810 Vallejo Street
Denver, CO 80204

| TERMS: Net Due 30 Days | CUSTOMER NO. 39369 | P.O. NO. 810 N Vallejo St | | |
|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| Monthly service common area 3full kitchens and 3 partial month cleaning - Requested By: Kat Brennan - Completed Date: 04/30/2021 | 1.00 | 1 | 5,708.25 | 5,708.25 |
| | | Sub-Total | | 5,708.25 |
| | | Sales Tax | | |
| | | TOTAL | | $5,708.25 |

▼ TO ENSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

**ATTENTION:**

Email Inv: APInvoices@csscompany.com
City Storage Systems
777 S Figueroa St.
41st Floor
Los Angeles, CA 90017

| Customer No. | 39369 |
|---|---|
| Job No. | 39369 |
| Invoice No. | 464250 |
| Invoice Date | 05/01/21 |
| Amount Due | $5,708.25 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

Diversified Maintenance-RWS, LLC
P.O. Box 745691
Atlanta, GA 30374-5691

PAGE   1   OF   1



**Diversified Maintenance, LLC**
331 First Avenue North
Birmingham, AL 35204
Phone (205) 251-9249
FEIN: 36-4780697

| INVOICE NO. | 465753 |
|---|---|
| DATE | 05/31/21 |

| CUSTOMER | SERVICE LOCATION |
|---|---|
| Email Inv: APInvoices@csscompany.com<br>City Storage Systems<br>777 S Figueroa St.<br>41st Floor<br>Los Angeles, CA 90017 | City Storage Systems<br>810 Vallejo Street<br>Denver, CO 80204 |

| TERMS:<br>Net Due 30 Days | CUSTOMER NO.<br>39369 | P.O. NO.<br>810 Vallejo St |
|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| May common areas and open kitchen cleaning 12 kitchens - Requested By: Kat Brennan - Completed Date: 05/31/2021 | 1.00 | 1 | 6,610.70 | 6,610.70 |
| | | | Sub-Total | 6,610.70 |
| | | | Sales Tax | |
| | | | TOTAL | $6,610.70 |

▼ TO ENSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

---

**ATTENTION:**
Email Inv: APInvoices@csscompany.com
City Storage Systems
777 S Figueroa St.
41st Floor
Los Angeles, CA 90017

| Customer No. | 39369 |
|---|---|
| Job No. | 39369 |
| Invoice No. | 465753 |
| Invoice Date | 05/31/21 |
| Amount Due | $6,610.70 |
| Amount Remitted | |

**PLEASE SEND REMITTANCE TO:**

Diversified Maintenance-RWS, LLC
P.O. Box 745691
Atlanta, GA 30374-5691

PAGE   1   OF   1



Diversified Maintenance, LLC
331 First Avenue North
Birmingham, AL 35204
Phone (205) 251-9249
FEIN:  36-4780697

| INVOICE NO. | 465754 |
|---|---|
| DATE | 06/09/21 |

| CUSTOMER | SERVICE LOCATION |
|---|---|
| Email Inv: APInvoices@csscompany.com<br>City Storage Systems<br>777 S Figueroa St.<br>41st Floor<br>Los Angeles, CA 90017 | City Storage Systems<br>810 Vallejo Street<br>Denver, CO 80204 |

| TERMS:<br>Net Due 30 Days | CUSTOMER NO.<br>39369 | P.O. NO.<br>810 Vallejo St | | |
|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| Final invoice June 1 to June 9 per cancellation letter prorated invoice - Requested By: Kat Brennan - Completed Date: 06/09/2021 | 1.00 | 1 | 1,982.16 | 1,982.16 |
| | | Sub-Total | | 1,982.16 |
| | | Sales Tax | | |
| | | TOTAL | | $1,982.16 |

▼ TO ENSURE PROPER CREDIT, PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT ▼

---

**ATTENTION:**
Email Inv: APInvoices@csscompany.com
City Storage Systems
777 S Figueroa St.
41st Floor
Los Angeles, CA 90017

**PLEASE SEND REMITTANCE TO:**
Diversified Maintenance-RWS, LLC
P.O. Box 745691
Atlanta, GA 30374-5691

| Customer No. | 39369 |
|---|---|
| Job No. | 39369 |
| Invoice No. | 465754 |
| Invoice Date | 06/09/21 |
| Amount Due | $1,982.16 |
| Amount Remitted | |

PAGE   1   OF   1