FILED
2022 Dec-15  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit C

**Diversified Maintenance, LLC**



| | **Invoice Aging - Days after Past Due** |
|---|---|
| | **Date Range: All Dates** |

Customers Listed:  To
Aging Date: 03/08/22        Cut-Off Date: 03/08/22
Posting Date Cut-Off: 03/08/22

03/08/22        4:42:09 PM        Page 1 of 1

| Customer # | Customer Name | | | | | Original | | | | Credit Limit | Terms | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | Date | Ref | PO # | Job # | Invoice # | Days Out | Amount | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 Plus | Balance Due |
| 39369 | **City Storage Systems** | | | | | | (303) 885-4750 | **Last Payment:** | 04/09/21 | $3,345.49 | | **Net Due 30 Days** | |
| | 01/31/21 | Inv | Use 810 N. Vallejo S | 39369 City Storage Syster | 457576 | 371 | 5,442.83 | | | | | 5,442.83 | 5,442.83 |
| | 02/28/21 | Inv | Use 810 N. Vallejo S | 39369 City Storage Syster | 459073 | 343 | 5,336.67 | | | | | 5,336.67 | 5,336.67 |
| | 03/31/21 | Inv | 810 N. Vallejo St | 39369 City Storage Syster | 461549 | 312 | 5,549.00 | | | | | 5,549.00 | 5,549.00 |
| | 05/01/21 | Inv | 810 N Vallejo St | 39369 City Storage Syster | 464250 | 281 | 5,708.25 | | | | | 5,708.25 | 5,708.25 |
| | 05/31/21 | Inv | 810 Vallejo St | 39369 City Storage Syster | 465753 | 251 | 6,610.70 | | | | | 6,610.70 | 6,610.70 |
| | 06/09/21 | Inv | 810 Vallejo St | 39369 City Storage Syster | 465754 | 242 | 1,982.16 | | | | | 1,982.16 | 1,982.16 |
| | | | | | **Sub Total:** | | **30,629.61** | | | | | **30,629.61** | **30,629.61** |

| | Percent | Balance Due |
|---|---|---|
| Current | 0.00% | $0.00 |
| 1 - 30 | 0.00% | $0.00 |
| 31 - 60 | 0.00% | $0.00 |
| 61 - 90 | 0.00% | $0.00 |
| 91 Plus | 100.00% | $30,629.61 |
| | 100.00% | $30,629.61 |
| Total Past Due | $30,629.61 | Total Unapplied Cash | $0.00 |
| Original Amount | $30,629.61 | Grand Total | $30,629.61 |

**Problem Invoices**

| Cust # | Customer Name | Inv Date | Inv # | Inv Amt | Amt Paid | Amt Applied | Paid | Error message |
|---|---|---|---|---|---|---|---|---|

**Company Totals**

C - Indicates an Invoice in Collection        PD - Indicates Paid Invoice        PR - Indicates Partial Invoice