FILED
2022 Dec-15 AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D

# AFFIDAVIT OF CLAIM

| | | |
|---|---|---|
| STATE OF Alabama | ) | |
| | ) | SS |
| COUNTY OF Shelby | ) | |

The undersigned, James R Harrington, Jr, being first duly sworn on oath states:

1. That the undersigned is the Controller of the business entity known as Diversified Maintenance-RWS LLC; and,

2. That said business entity is a (Check One):

    **X**    CORPORATION or LIMITED LIABILITY COMPANY organized and existing under the laws of the State of Delaware;

    \_\_\_    SOLE PROPRIETORSHIP owned by _____ as the proprietor thereof;

    \_\_\_    PARTNERSHIP consisting of the following partners-- _____; _____; _____; _____; and,

3. Said business entity has an account and claim against City Storage Systems, LLC; that the sum of $30,629.61 is due, owing, and unpaid and that demand for payment has been made more than thirty (30) days prior hereto and no payment has been received.

4. That said account and claim is within the undersigned's knowledge and is just and true, that it is due, and that all just and lawful offsets, payments and credits have been allowed.

                             *James R Harrington Jr* (Signature)

                              James R Harrington, JR.    (Print Name)

Subscribed and sworn to before me this 20th day of September, 2022.

(Seal)

                              *Veronica L Wade*
                              Notary Public

                              _____ County Jefferson
                              My Commission Expires 8/31/2024