# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DIVERSIFIED MAINTENANCE — RWS, LLC,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v.  ] | 2:22-cv-1563-ACA |
| ] | |
| **CITY STORAGE SYSTEMS LLC,** ] | |
| ] | |
| **Defendant.** ] | |

## FINAL ORDER

Plaintiff Diversified Maintenance — RWS, LLC filed this lawsuit against City Storage Systems, LLC, asserting state law claims for breach of contract, account stated, and unjust enrichment. (Doc. 1). The magistrate judge to whom the case was assigned ordered Diversified Maintenance to either show cause why the court should not dismiss the case for lack of subject matter jurisdiction or file an amended complaint adequately alleging diversity of citizenship. (Doc. 3). The response or amended complaint was due on or before April 3, 2023. (*Id.* at 3). When that date passed without receipt of either, the magistrate judge concluded that consent to dispositive jurisdiction was not possible and reassigned the case to the undersigned. (Doc. 4). The court now **DISMISSES** this action **WITHOUT PREJUDICE** for want of prosecution and failure to comply with the court's order.

**DONE** and **ORDERED** this April 6, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2